UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **18cv10890-WGY (LEAD CASE)**

SKAT
Plaintiff

v.

The 78 Yorktown Pension Plan et al
Defendant

### ORDER OF CONSOLIDATION

YOUNG, D.J.

The following cases are hereby consolidated with LEAD CASE 12cv10890-WGY.

**Consolidated Case(s) 18cv10891-WGY; 18cv10892-WGY; 18cv10893-WGY; 18cv10894-WGY; 18cv10895-WGY; 18cv10896-WGY; 18cv10897-WGY; 18cv11008-WGY; 18cv11011-WGY; 18cv11012-WGY**

**ALL FURTHER PLEADINGS ARE TO BE IN THE LEAD CASE 18CV10890-WGY.**

The CONSOLIDATED CASES are hereby ORDERED CLOSED.

By the Court,

/s/Matthew A. Paine

**Deputy Clerk**

**July 11, 2018**